# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jim B. Schmedding, | No. CV-18-00915-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Life and Accident Insurance Company, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the Stipulation of Dismissal (Doc. 22).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 20th day of March, 2019.

_____
Dominic W. Lanza
United States District Judge